IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES HEWETT,

    Plaintiff,

v.                                            Case No. 15-cv-71

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

---

## ORDER

Pursuant to sentence four of Section 405(g) of the Social Security Act, and in light of the parties' Joint Motion to Remand to the Commissioner, this Court hereby enters a judgment reversing the Commissioner's decision with a remand of the case to the Commissioner in accordance with the terms set forth below. 42 U.S.C. § 405(g).

On remand, Plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the ALJ will: (1) reassess the medical source opinions, with particular attention given to the rationale provided to support the findings and conclusions regarding the weight accorded to the opinion evidence of record; (2) reassess Plaintiff's residual functional capacity; (3) further evaluate Plaintiff's subjective complaints; (4) if necessary, obtain supplemental evidence from a vocational expert; and (5) issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED THIS 7th day of August, 2015.

_____
Honorable William M. Conley
Chief U.S. District Court Judge