IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES HEWETT,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

  v.

                                             Case No. 15-cv-71-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Charles Hewett attorney fees in the amount of $2,895.95 under the Social Security Act, 42 U.S.C. § 406(b)(1).

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 1/17/2018 |
| Peter Oppeneer, Clerk of Court | Date |